# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Zuhri M. Thahir § Case No. 13-00018
Shihana Thahir §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/02/2013 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    65,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 23,235.57 |
| Bank service fees | 32.69 |
| Other payments to creditors | 16,609.79 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 10,121.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/09/2013 and the deadline for filing governmental claims was 07/01/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,750.00 , for a total compensation of $ 5,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.03 , for total expenses of $ 32.03 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/23/2016                By: /s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 13-00018 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |

| Case Name: | Zuhri M. Thahir | | | Date Filed (f) or Converted (c): | 01/02/2013 (f) |
| | Shihana Thahir | | | 341(a) Meeting Date: | 02/04/2013 |
| For Period Ending: | 02/23/2016 | | | Claims Bar Date: | 05/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 497 S Orchard Drive, Bolingbrook, Il 60440 | 190,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking - Chase | 500.00 | 0.00 | | 0.00 | FA |
| 3. Checking - Boa | 200.00 | 0.00 | | 0.00 | FA |
| 4. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Pending Personal Injury Suit For An Auto Accident Personal I | 0.00 | 0.00 | | 65,000.00 | FA |
| 7. 2008 Honda Accord | 9,000.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Toyota Sienna | 20,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $222,200.00   $0.00   $65,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed personal injury lawsuit; Trustee hired PI attorney; Monitoring case for possible recovery to estate.

123013--Litigation value listed as $1.00 because actual value is speculative at this time.

Follow up with E. Traunfeld regarding status of litigation. - Joji Takada 8/21/2014

Follow up with E. Traunfeld regarding status of litigation; Case set for trial in early 2015; No reasonable settlement offer from defendant. - Joji Takada 11/5/2014

Court approved settlement with defendants; Awaiting settlement checks to be cut. - Joji Takada 10/6/2015

Medical lien payees paid; TFR in process. - Joji Takada 12/22/2015

Initial Projected Date of Final Report (TFR): 01/02/2015   Current Projected Date of Final Report (TFR): 01/02/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-00018 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Zuhri M. Thahir | Bank Name: | Associated Bank |
|  | Shihana Thahir | Account Number/CD#: | XXXXXX0163 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX4598 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/23/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/15 | 6 | Allstate | Settlement payment Personal injury claim | 1142-000 | $10,000.00 |  | $10,000.00 |
| 10/20/15 | 6 | State Farm Mutual Automobile Insurance Company | Settlement payment Personal injury claim | 1142-000 | $55,000.00 |  | $65,000.00 |
| 10/23/15 | 1001 | Traunfeld, Eugene 500 Skokie Boulevard, Suite 150 Northbrook, Illinois 60062 | Payment to trustee professional Special counsel contingency fee | 3110-000 |  | $20,882.21 | $44,117.79 |
| 10/23/15 | 1002 | Traunfeld, Eugene 500 Skokie Boulevard, Suite 150 Northbrook, Illinois 60062 | Payment to trustee professional Special counsel reimbursed expenses | 3220-000 |  | $2,353.36 | $41,764.43 |
| 10/23/15 | 1003 | Blue Cross Blue Shield of Illinois 3200 Robbins Road Springfield, Illinois 62704 Attn: Stephanie Wade | Medical lien payoff Negotiated lien payoff | 4220-000 |  | $4,497.53 | $37,266.90 |
| 10/23/15 | 1004 | Allstate Insurance Chicago South MCO PO Box 5720 Woodridge, Illinois 60517 Attn: Julie Bell | Medical lien payoff Negotiated lien payment | 4220-000 |  | $3,333.33 | $33,933.57 |
| 10/23/15 | 1005 | Advanced Physicians SC 16101 Weber Road Crest Hill, Illinois 60403 Attn: Barbara Fatigati | Medical lien payoff Negotiated lien payment | 4220-000 |  | $6,500.00 | $27,433.57 |
| 10/23/15 | 1006 | Napverville Health Care Associates LTD c/o First Recovery Group LLC 26899 Northwest Highway, Suite 260 Southfield, Michigan 48033 Attn: Nancy Tokarz | Medical lien payoff Negotiated lien payment | 4220-000 |  | $754.03 | $26,679.54 |
| 10/23/15 | 1007 | Mazzarella, John 1300 Iriquois Avenue #140A Naperville, Illinois 60563 | Medical lien payoff Negotiated lien payment | 4220-000 |  | $585.00 | $26,094.54 |
| 10/23/15 | 1008 | Fink, Robert 33 West Delaware--First Floor Chicago, Illinois 60611 | Medical lien payoff Negotiated lien payment | 4220-000 |  | $939.90 | $25,154.64 |
| 10/23/15 | 1009 | Zuhri Thahir C/O Law Office of Patrick A. Meszaros, P.C. 1100 W. Jefferson St. Joliet, IL 60435 | Exemption Debtor personal bodily injury exemption | 8100-002 |  | $15,000.00 | $10,154.64 |
| 11/06/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $32.69 | $10,121.95 |

Page Subtotals:    $65,000.00    $54,878.05

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $65,000.00 | $54,878.05 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $65,000.00 | $54,878.05 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $65,000.00 | $39,878.05 |

Exhibit B

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0163 - Checking | $65,000.00 | $39,878.05 | $10,121.95 |
| | $65,000.00 | $39,878.05 | $10,121.95 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $65,000.00 |
| Total Gross Receipts: | $65,000.00 |

Page Subtotals:                $0.00          $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-00018  
Debtor Name: Zuhri M. Thahir  
Claims Bar Date: 5/9/2013

Date: February 23, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Zuhri Thahir<br>C/O Law Office of Patrick A. Meszaros, P.C.<br>1100 W. Jefferson St.<br>Joliet, IL 60435 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $5,750.00 | $5,750.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $32.03 | $32.03 |
| 100 3110 | Eugene Traunfeld<br>500 Skokie Boulevard, Suite 150<br>Northbrook, Illinois 60062 | Administrative | | $0.00 | $0.00 | $20,882.21 |
| 100 3220 | Eugene Traunfeld<br>500 Skokie Boulevard, Suite 150<br>Northbrook, Illinois 60062 | Administrative | | $0.00 | $0.00 | $2,353.36 |
| 1 300 7100 | Asset Acceptance Llc Assignee Fia Card Serv<br>Po Box 2036<br>Warren, Mi 48090 | Unsecured | | $0.00 | $1,596.25 | $1,596.25 |
| 2 300 7100 | Asset Acceptance Llc Assignee Fia Card Serv<br>Po Box 2036<br>Warren, Mi 48090 | Unsecured | | $0.00 | $15,074.86 | $15,074.86 |
| 3 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $2,618.63 | $2,618.63 |
| 4 300 7100 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $1,842.65 | $1,842.65 |

Page 1                                     Printed: February 23, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-00018  
Debtor Name: Zuhri M. Thahir  
Claims Bar Date: 5/9/2013  

Date: February 23, 2016

| # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | American Infosource Lp As Agent For<br>Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Unsecured | | $0.00 | $5,951.94 | $5,951.94 |
| 6 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $21,007.65 | $21,007.65 |
| 7 300 7100 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Attorneys/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $544.11 | $544.11 |
| 8 300 7100 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Attorney/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $3,073.34 | $3,073.34 |
| 9 300 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Unsecured | | $0.00 | $1,330.48 | $1,330.48 |
| 10 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $3,129.17 | $3,129.17 |
| 11 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Attorneys/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $15,207.86 | $15,207.86 |
| 12 300 7100 | Portfolio Investments Ii Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami, Fl 33131-1605 | Unsecured | | $0.00 | $6,307.16 | $6,307.16 |
| 13 300 7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $318.34 | $318.34 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 13-00018  
Debtor Name: Zuhri M. Thahir  
Claims Bar Date: 5/9/2013

Date: February 23, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 300 7100 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $8,568.32 | $8,568.32 |
| 400 4220 | Advanced Physicians SC<br>16101 Weber Road<br>Crest Hill, Illinois 60403<br>Attn: Barbara Fatigati | Secured | | $0.00 | $0.00 | $6,500.00 |
| 400 4220 | Allstate Insurance<br>Chicago South MCO<br>PO Box 5720<br>Woodridge, Illinois 60517<br>Attn: Julie Bell | Secured | | $0.00 | $0.00 | $3,333.33 |
| 400 4220 | Blue Cross Blue Shield of Illinois<br>3200 Robbins Road<br>Springfield, Illinois 62704<br>Attn: Stephanie Wade | Secured | | $0.00 | $0.00 | $4,497.53 |
| 400 4220 | Dr. Robert Fink<br>33 West Delaware--First Floor<br>Chicago, Illinois 60611 | Secured | | $0.00 | $0.00 | $939.90 |
| 400 4220 | Dr. John Mazzarella<br>1300 Iriquois Avenue #140A<br>Naperville, Illinois 60563 | Secured | | $0.00 | $0.00 | $585.00 |
| 400 4220 | Napverville Health Care Associates LTD<br>c/o First Recovery Group LLC<br>26899 Northwest Highway, Suite 260<br>Southfield, Michigan 48033<br>Attn: Nancy Tokarz | Secured | | $0.00 | $0.00 | $754.03 |
| | Case Totals | | | $0.00 | $107,352.79 | $147,198.15 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-00018
Case Name: Zuhri M. Thahir
  Shihana Thahir
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                             $       10,121.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Advanced Physicians SC | $ 0.00 | $ 6,500.00 | $ 6,500.00 | $ 0.00 |
|  | Blue Cross Blue Shield of Illinois | $ 0.00 | $ 4,497.53 | $ 4,497.53 | $ 0.00 |
|  | Allstate Insurance | $ 0.00 | $ 3,333.33 | $ 3,333.33 | $ 0.00 |
|  | Napverville Health Care Associates LTD | $ 0.00 | $ 754.03 | $ 754.03 | $ 0.00 |
|  | Dr. John Mazzarella | $ 0.00 | $ 585.00 | $ 585.00 | $ 0.00 |
|  | Dr. Robert Fink | $ 0.00 | $ 939.90 | $ 939.90 | $ 0.00 |

Total to be paid to secured creditors                       $           0.00

Remaining Balance                                           $      10,121.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Trustee Expenses: Joji Takada | $ 32.03 | $ 0.00 | $ 32.03 |
| Attorney for Trustee Fees: Eugene Traunfeld | $ 20,882.21 | $ 20,882.21 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Eugene Traunfeld | $ 2,353.36 | $ 2,353.36 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 5,782.03 |
| Remaining Balance | | | $ 4,339.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,570.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance Llc Assignee Fia Card Serv | $ 1,596.25 | $ 0.00 | $ 80.02 |
| 2 | Asset Acceptance Llc Assignee Fia Card Serv | $ 15,074.86 | $ 0.00 | $ 755.72 |
| 3 | DISCOVER BANK | $ 2,618.63 | $ 0.00 | $ 131.28 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | $ 1,842.65 | $ 0.00 | $ 92.37 |
| 5 | American Infosource Lp As Agent For | $ 5,951.94 | $ 0.00 | $ 298.38 |
| 6 | N. A. Capital One Bank (Usa) | $ 21,007.65 | $ 0.00 | $ 1,053.14 |
| 7 | N. A. Capital One | $ 544.11 | $ 0.00 | $ 27.28 |
| 8 | N. A. Capital One | $ 3,073.34 | $ 0.00 | $ 154.07 |
| 9 | N. A. Fia Card Services | $ 1,330.48 | $ 0.00 | $ 66.70 |
| 10 | American Infosource Lp As Agent For | $ 3,129.17 | $ 0.00 | $ 156.87 |
| 11 | American Express Centurion Bank | $ 15,207.86 | $ 0.00 | $ 762.39 |
| 12 | Portfolio Investments Ii Llc | $ 6,307.16 | $ 0.00 | $ 316.19 |
| 13 | Pyod, Llc Its Successors And Assigns As Assignee | $ 318.34 | $ 0.00 | $ 15.96 |
| 14 | Capital Recovery V, Llc | $ 8,568.32 | $ 0.00 | $ 429.55 |

Total to be paid to timely general unsecured creditors       $    4,339.92

Remaining Balance                                            $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE