**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Thahir, Zuhri M. | ) | CASE NO. 13-00018-BWB |
| Thahir, Shihana | ) | |
| Debtor(s). | ) | Hon. Bruce W. Black |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Bruce W. Black

NOW COMES Joji Takada, Trustee herein, pursuant to 11 U.S.C. §330, and requests $5,750.00 as compensation and $32.03 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $50,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| TOTAL COMPENSATION | $5,750.00 | |

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| _Photocopies | $9.00 |
| _Postage | $23.03 |
| | |
| TOTAL EXPENSES | $32.03 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____   /s/ Joji Takada
                                                         Joji Takada, Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
Business         (773) 790-4888
FAX              (773) 913-8800

**JOJI TAKADA, CHAPTER 7 TRUSTEE**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
773-790-4888

**Timesheet #:** 312
**Date:** 2/23/2016
**Case Number:** 13-00018
**Matter #:** 008--Thahir

| Entry Date | Description | Hours |
|---|---|---|
| 2/4/2013 | Review bankruptcy petition, schedules, statement of financial affairs, and other filed documents; Travel to and attend 341 meeting of creditors. | 1.25 |
| 2/5/2013 | Telephone conference and correspondence with E. Traunfeld re: personal injury case. | 0.50 |
| 2/28/2013 | Correspondence with E. Traunfeld re: personal injury case. | 0.50 |
| 5/10/2013 | Draft and revise Application to Employ and Declaration of E. Traunfeld; Correspondence with E. Traunfeld re: same. | 1.25 |
| 6/10/2013 | File and serve Application to Employ Special Counsel; Correspondence with E. Traunfeld re: same. | 0.50 |
| 6/14/2013 | Travel to and attend hearing re: Application to Employ Special Counsel. | 0.50 |
| 10/23/2013 | Correspondence and telephone conference with E. Traunfeld re: status of personal injury case. | 0.25 |
| 1/29/2014 | Prepare, review and file Forms 1 and 2. | 0.50 |
| 4/21/2014 | Correspondence and telephone conference with E. Traunfeld re: status of personal injury case. | 0.25 |
| 10/30/2014 | Correspondence and telephone conference with E. Traunfeld re: status of personal injury case. | 0.25 |
| 1/2/2015 | Correspondence and telephone conference with E. Traunfeld re: status of personal injury case. | 0.25 |
| 2/5/2015 | Review Motion for Summary Judgment filed by defendant re: standing of Debtor to proceed with case; Telephone conference with E. Traunfeld re: same. | 1.75 |
| 2/16/2015 | Correspondence and telephone conference with E. Traunfeld re: settlement offer and binding arbitration. | 1.00 |
| 3/26/2015 | Correspondence and telephone conference with E. Traunfeld re: increased settlement offer and status of medical liens and insurance subrogation claims. | 1.25 |
| 4/6/2015 | Correspondence and telephone conference with E. Traunfeld re: strategy for reducing medical lien and insurance subrogation claims. | 1.00 |
| 7/30/2015 | Correspondence and telephone conference with E. Traunfeld re: status of medical lien and insurance subrogation claims. | 1.00 |
| 8/2/2015 | Draft and revise Motion to Approve Settlement re: personal injury litigation. | 2.00 |
| 8/4/2015 | Review and revise Motion to Approve Settlement re: personal injury litigation; File and serve same. | 0.75 |
| 8/21/2015 | Travel to and attend hearing re: Motion to Approve Settlement of personal injury litigation. | 0.50 |
| 8/26/2015 | Review and execute releases re: personal injury claim; Correspondence with E. Traunfeld re: same. | 0.50 |

JOJI TAKADA, CHAPTER 7 TRUSTEE
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
773-790-4888

**Timesheet #:** 312
**Date:** 2/23/2016
**Case Number:** 13-00018
**Matter #:** 008--Thahir

| Entry Date | Description | Hours |
|---|---|---|
| 10/23/2015 | Review medical lien and insurance subrogation claims; Prepare and issue checks for distribution to debtor, special counsel, medical lien and insurance subrogation claimants. | 1.25 |
| 11/1/2015 | Review claims register and filed proofs of claim; Review file and petition re: same. | 1.50 |
| 11/5/2015 | Telephone conference with R. Matsui re: need for estate tax return. | 0.25 |
| 1/31/2016 | Prepare Forms 1, 2 and 3 re: bankruptcy estate. | 0.50 |
| 2/15/2016 | Review file; Prepare Trustee Final Report, Notice of Final Report, and Trustee Fee Application. | 2.00 |
| 2/23/2015 | Review Trustee Final Report, Notice of Final Report and Trustee Fee Application; Forward same to US for review. | 0.50 |
| | File Notice of Final Report and Trustee Fee Application; Service Notice of Final Report. | 1.00 |
| | Travel to and attend hearing on Final Report and Applications for Compensation. | 0.50 |
| | TOTAL HOURS | 23.25 |
| | Postage @ $.49 re: Distribution Checks and Notice of Final Report: $23.03
Photocopies @ $.10 re: Notice of Final Report: $9.00 | |