**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-00018 |
| Zuhri M. Thahir | § | Chapter 7 |
| Shihana Thahir | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 5/6/2016
Time: 9:00 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 3/28/2016    By: _/s/ Joji Takada_
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
  §
Zuhri M. Thahir § Case No. 13-00018
Shihana Thahir §
  §
  §
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 65,000.00 |
| and approved disbursements of | $ | 54,878.05 |
| leaving a balance on hand of[1] | $ | 10,121.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Advanced Physicians SC | $ 0.00 | $ 6,500.00 | $ 6,500.00 | $ 0.00 |
| | Blue Cross Blue Shield of Illinois | $ 0.00 | $ 4,497.53 | $ 4,497.53 | $ 0.00 |
| | Allstate Insurance | $ 0.00 | $ 3,333.33 | $ 3,333.33 | $ 0.00 |
| | Napverville Health Care Associates LTD | $ 0.00 | $ 754.03 | $ 754.03 | $ 0.00 |
| | Dr. John Mazzarella | $ 0.00 | $ 585.00 | $ 585.00 | $ 0.00 |
| | Dr. Robert Fink | $ 0.00 | $ 939.90 | $ 939.90 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 10,121.95 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Trustee Expenses: Joji Takada | $ 32.03 | $ 0.00 | $ 32.03 |
| Attorney for Trustee Fees: Eugene Traunfeld | $ 20,882.21 | $ 20,882.21 | $ 0.00 |
| Attorney for Trustee Expenses: Eugene Traunfeld | $ 2,353.36 | $ 2,353.36 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    5,782.03

Remaining Balance    $    4,339.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,570.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance Llc Assignee Fia Card Serv | $ 1,596.25 | $ 0.00 | $ 80.02 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Asset Acceptance Llc Assignee Fia Card Serv | $ 15,074.86 | $ 0.00 | $ 755.72 |
| 3 | DISCOVER BANK | $ 2,618.63 | $ 0.00 | $ 131.28 |
| 4 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | $ 1,842.65 | $ 0.00 | $ 92.37 |
| 5 | American Infosource Lp As Agent For | $ 5,951.94 | $ 0.00 | $ 298.38 |
| 6 | N. A. Capital One Bank (Usa) | $ 21,007.65 | $ 0.00 | $ 1,053.14 |
| 7 | N. A. Capital One | $ 544.11 | $ 0.00 | $ 27.28 |
| 8 | N. A. Capital One | $ 3,073.34 | $ 0.00 | $ 154.07 |
| 9 | N. A. Fia Card Services | $ 1,330.48 | $ 0.00 | $ 66.70 |
| 10 | American Infosource Lp As Agent For | $ 3,129.17 | $ 0.00 | $ 156.87 |
| 11 | American Express Centurion Bank | $ 15,207.86 | $ 0.00 | $ 762.39 |
| 12 | Portfolio Investments Ii Llc | $ 6,307.16 | $ 0.00 | $ 316.19 |
| 13 | Pyod, Llc Its Successors And Assigns As Assignee | $ 318.34 | $ 0.00 | $ 15.96 |
| 14 | Capital Recovery V, Llc | $ 8,568.32 | $ 0.00 | $ 429.55 |

Total to be paid to timely general unsecured creditors $ 4,339.92

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-00018-BWB
Zuhri M. Thahir                                                           Chapter 7
Shihana Thahir
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 3          Date Rcvd: Mar 28, 2016
                              Form ID: pdf006             Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2016.
```
db/jdb        +Zuhri M. Thahir,    Shihana Thahir,    15 Yukon Ct,    Bolingbrook, IL 60490-4577
19874810      +Advanced Physicians, SC,    16101 Weber Road,    Crest Hill, IL 60403-8813
20277937     +++American Express Centurion Bank,    c o Becket and Lee LLP,    Attorneys/Agent for creditor,
                POB 3001,   Malvern, PA 19355-0701
19874811      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
19874812      +Amexdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
20029696     +++Asset Acceptance LLC assignee FIA CARD SERV,    PO Box 2036,    Warren, MI 48090-2036
20095594      +Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
19874816     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19874815      +Bank of America,   PO Box 851001,    Dallas, TX 75285-1001
19874817      +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Dr. Suite 400,    Chicago, IL 60606-4440
19874818     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20118857       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20207292     +++Capital One, N.A.,    c o Becket and Lee LLP,    Attorney/Agent for Creditor,    POB 3001,
                Malvern, PA 19355-0701
20207291     +++Capital One, N.A.,    c o Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                Malvern, PA 19355-0701
19874820      +Chicago Fire Department,    10 West 35th Street,    Chicago, IL 60616-3717
19874821      +Chicago Institute of Neurosurgery,    PO Box 2401,    Bedford Park, IL 60499-2401
19874822      +Chld/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
19874823       City of Chicago Ems,    33589 Treasury Ctr,    Chicago, IL 60694-3500
19874824      +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
19874825      +Creditors Financial Group,    PO Box 440290,    Aurora, CO 80044-1500
19874827      +Dr. Hiam Eldewek, M.D.,    1220 Hobson Road,    Naperville, IL 60540-8137
19874828      +Dr. John Mazzarella,    1100 Sherman Avenue #110,    Naperville, IL 60563-4855
19874830      +Encore Receivable Management Inc.,    P.O. Box 3330,    Olathe, KS 66063-3330
20236351       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19874831     #+First Financial Asset MGMT, INC,    PO Box 56245,    Atlanta, GA 30343-0245
19874832      +Firstsource Advantage, LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
19874833       Firstsource Advantage, LLC,    PO Box 628,    Buffalo, NY 14240-0628
19874836      +Freedman Anselmo Lindberg and Rappe,    P.O. Box 3228,    1807 W. Diehl Rd. Suite 333,
                Naperville, IL 60563-1890
19874838      +Guidance Residential,    4801 Frederica,    Owensboro, KY 42301-7441
19874839       HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
19874842      +Loyola University Medical Center,    2160 S. 1st Ave,    Maywood, IL 60153-3328
19874843      +Loyola University Physician Found.,    2 Westbrook Corporate Center #600,
                Westchester, IL 60154-5716
19874845       Macy’s,   PO Box 183083,    Columbus, OH 43218-3083
19874847      +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
19874848      +Merchant’s Credit Guide Co.,    223 W Jackson Blvd,    Chicago, IL 60606-6908
19874849      +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6914
19874851      +NCB Management Services Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
19874853      +Northstar Location Services, LLC,    Attn: Financial Services Dept.,    4285 Genesee Street,
                Cheektowaga, NY 14225-1943
19874854      +Omni Credit Services of Florida, In,    P.O. Box 31179,    Tampa, FL 33631-3179
19874855      +Paulina Anesthesia Assoicates,    P.O. Box 189,    Plainfield, IL 60544-0189
19874856     #+Professional Bureau of Collections,    P.O. Box 628,    Elk Grove, CA 95759-0628
19874857      +Progressive Financial Services,    P.O. Box 22083,    Tempe, AZ 85285-2083
19874860      +RMC Emergency Physicians,    520 E. 22nd Street,    Lombard, IL 60148-6110
19874858      +Resurrection Medical Center,    7435 W. Talcott,    Chicago, IL 60631-3746
19874861      +Robert Fink, M/D.,    3712 N. Broadway #158,    Chicago, IL 60613-4235
19874862      +Rogers Park One Day Surgery,    P.O. Box 2665,    Carol Stream, IL 60132-2665
19874864      +Schaumburg Immediate Care,    1375 E Schaumburg Rd,    Ste 100,    Schaumburg, IL 60194-3643
19874866     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Attn: Bankruptcy Department,
                PO Box 8026,   Cedar Rapids, IA 52409-8026)
19874865      +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
19874869     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    Cardmember Service,    PO Box 790084,
                Saint Louis, MO 63179-0084)
19874867      +Unifund Ccr Partners,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
19874868      +United Collection Bureau, Inc,    PO Box 140310,    Toledo, OH 43614-0310
19874873      +Zwicker & Associates, P.C.,    Attorneys At Law,    80 Minuteman Road,    Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20254402       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2016 04:35:14
                American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK 73124-8866
20103876       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2016 04:33:26
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK 73126-8941
```

```
District/off: 0752-1           User: mflowers              Page 2 of 3                  Date Rcvd: Mar 28, 2016
                               Form ID: pdf006             Total Noticed: 76

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19874813       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 29 2016 04:23:11      Asset Acceptance Corp,
                 P.O. Box 2036,    Warren, MI 48090-2036
19874814       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 29 2016 04:23:11      Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
20087130       +E-mail/Text: bnc@atlasacq.com Mar 29 2016 04:21:58      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
20447244        E-mail/PDF: rmscedi@recoverycorp.com Mar 29 2016 04:35:04      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19874819        E-mail/Text: bk.notifications@jpmchase.com Mar 29 2016 04:22:51      Chase Auto Finance,
                 P.O. Box 9001083,    Louisville, KY 40290-1083
20039096        E-mail/Text: mrdiscen@discover.com Mar 29 2016 04:21:51      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
19874826       +E-mail/Text: mrdiscen@discover.com Mar 29 2016 04:21:51      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19874829        E-mail/Text: bankruptcy@edward.org Mar 29 2016 04:24:18      Edward Hospital & Health Services,
                 PO Box 4207,    Carol Stream, IL 60197-4207
19874837       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2016 04:34:56      Gecrb/Sams Club Dc,
                 Po Box 981400,    El Paso, TX 79998-1400
19874840       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 29 2016 04:22:16      Kohl's/Capital One,
                 PO Box 2983,    Milwaukee, WI 53201-2983
19874841       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 29 2016 04:22:16      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19874844       +E-mail/Text: ebn@ltdfin.com Mar 29 2016 04:22:46      LTD Financial Services, L.P.,
                 7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2134
19874846        E-mail/Text: bankruptcydpt@mcmcg.com Mar 29 2016 04:23:18      MCM,   P.O. Box 60578,
                 Los Angeles, CA 90060-0578
19874850       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 29 2016 04:23:18      Midland Credit Management,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
19874852       +E-mail/Text: ceciller_neuromed@mac.com Mar 29 2016 04:22:43      Neuromed Clinic LLC,
                 3S 517 Winfield Road #,    Warrenville, IL 60555-3159
20445365       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2016 04:35:06
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
20404383        E-mail/PDF: rmscedi@recoverycorp.com Mar 29 2016 04:35:05      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19874859        E-mail/Text: bk@rgsfinancial.com Mar 29 2016 04:21:50      RGS Collections, Inc.,
                 P.O. Box 852039,    Richardson, TX 75085-2039
19874863        E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2016 04:34:01      Sams Club Discover,
                 P.O. BOX 960013,    Orlando, FL 32896-0013
19874870        E-mail/Text: edinkel@vikingservice.com Mar 29 2016 04:25:38      Viking Collection Service, Inc.,
                 P.O. Box 59207,    Minneapolis, MN 55459-0207
19874871       +E-mail/Text: BKRMailOps@weltman.com Mar 29 2016 04:23:43      Weltman, Weinberg & Reis Co. LPA,
                 180 N. LaSalle St., Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19874834*        +Firstsource Advantage, LLC.,   PO Box 628,   Buffalo, NY 14240-0628
19874835        ##+Freedman Anselmo Lindberg & Rappe,   1807 West Diehl Road,   Naperville, IL 60563-1890
19874872        ##+Zalutsky & Pinski, Ltd,   20 North Clark St.,   Chicago, IL 60602-4111
                                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mflowers              Page 3 of 3            Date Rcvd: Mar 28, 2016
                              Form ID: pdf006             Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2016 at the address(es) listed below:
              Joji   Takada    on behalf of Trustee Joji   Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji   Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Josephine J Miceli    on behalf of Creditor    Guidance Residential, LLC Jo@johnsonblumberg.com
              Patrick A Meszaros    on behalf of Debtor 2 Shihana   Thahir patrickmeszaros@yahoo.com
              Patrick A Meszaros    on behalf of Debtor 1 Zuhri M. Thahir patrickmeszaros@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```