## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Zuhri M. Thahir | § | Case No. 13-00018 |
| Shihana Thahir | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee            , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 219,000.00                  Assets Exempt: 18,200.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 20,949.71        Claims Discharged
                                                   Without Payment: 850,466.05

Total Expenses of Administration: 29,050.29

3) Total gross receipts of $ 65,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 50,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 411,489.20 | $ 0.00 | $ 16,609.79 | $ 16,609.79 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,814.72 | 29,050.29 | 29,050.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 356,746.01 | 86,570.76 | 86,570.76 | 4,339.92 |
| **TOTAL DISBURSEMENTS** | $ 768,235.21 | $ 92,385.48 | $ 132,230.84 | $ 50,000.00 |

4)  This case was originally filed under chapter 7 on  01/02/2013 .  The case was pending for 52 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/07/2017                    By:/s/Joji Takada, Chapter 7 Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pending Personal Injury Suit For An Auto Accident Personal I | 1142-000 | 65,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 65,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Zuhri Thahir | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 15,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance P.O. Box 9001083 Louisville, KY 40290-1083 | | 9,989.20 | NA | NA | 0.00 |
| | Guidance Residential 4801 Frederica Owensboro, KY 42301 | | 377,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services Attn: Bankruptcy Department PO Box 8026 Cedar Rapids, IA 52409-8026 | | 24,500.00 | NA | NA | 0.00 |
| | Advanced Physicians SC | 4220-000 | NA | 0.00 | 6,500.00 | 6,500.00 |
| | Allstate Insurance | 4220-000 | NA | 0.00 | 3,333.33 | 3,333.33 |
| | Blue Cross Blue Shield of Illinois | 4220-000 | NA | 0.00 | 4,497.53 | 4,497.53 |
| | Dr. John Mazzarella | 4220-000 | NA | 0.00 | 585.00 | 585.00 |
| | Dr. Robert Fink | 4220-000 | NA | 0.00 | 939.90 | 939.90 |
| | Napverville Health Care Associates LTD | 4220-000 | NA | 0.00 | 754.03 | 754.03 |
| TOTAL SECURED CLAIMS | | | $ 411,489.20 | $ 0.00 | $ 16,609.79 | $ 16,609.79 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 5,750.00 | 5,750.00 | 5,750.00 |
| Joji Takada | 2200-000 | NA | 32.03 | 32.03 | 32.03 |
| Associated Bank | 2600-000 | NA | 32.69 | 32.69 | 32.69 |
| Eugene Traunfeld | 3110-000 | NA | 0.00 | 20,882.21 | 20,882.21 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eugene Traunfeld | 3220-000 | NA | 0.00 | 2,353.36 | 2,353.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,814.72 | $ 29,050.29 | $ 29,050.29 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Physicians, SC 16101 Weber Road Crest Hill, IL 60403 | | 25,179.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 15,207.00 | NA | NA | 0.00 |
| | Amexdsnb 9111 Duke Blvd Mason, OH 45040 | | 1,770.00 | NA | NA | 0.00 |
| | Asset Acceptance Corp P.O. Box 2036 Warren, MI 48090-2038 | | 0.00 | NA | NA | 0.00 |
| | Asset Acceptance Corp P.O. Box 2036 Warren, MI 48090-2038 | | 0.00 | NA | NA | 0.00 |
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | 4,486.00 | NA | NA | 0.00 |
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | 1,570.00 | NA | NA | 0.00 |
| | Bank of America PO Box 851001 Dallas, TX 75285 | | 16,000.18 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 1,330.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt, Hasenmiller, Leibsker & Moor 125 S. Wacker Dr. Suite 400 Chicago, IL 60606 | | 10,636.94 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 20,945.00 | NA | NA | 0.00 |
| | Chicago Fire Department 10 West 35th Street Chicago, IL 60616 | | 333.00 | NA | NA | 0.00 |
| | Chicago Institute of Neurosurgery PO Box 2401 Bedford Park, IL 60499 | | 250.00 | NA | NA | 0.00 |
| | Chld/Cbna Po Box 6497 Sioux Falls, SD 57117 | | 318.00 | NA | NA | 0.00 |
| | City of Chicago Ems 33589 Treasury Ctr Chicago, IL 60694-3500 | | 0.00 | NA | NA | 0.00 |
| | Client Services, Inc. 3451 Harry S. Truman Blvd. Saint Charles, MO 63301-4047 | | 0.00 | NA | NA | 0.00 |
| | Client Services, Inc. 3451 Harry S. Truman Blvd. Saint Charles, MO 63301-4047 | | 1,769.72 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Client Services, Inc. 3451 Harry S. Truman Blvd. Saint Charles, MO 63301-4047 | | 0.00 | NA | NA | 0.00 |
| | Creditors Financial Group PO Box 440290 Aurora, CO 80044 | | 5,951.94 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 2,618.00 | NA | NA | 0.00 |
| | Dr. Hiam Eldewek, M.D. 1220 Hobson Road Naperville, IL 60540 | | 150.00 | NA | NA | 0.00 |
| | Dr. John Mazzarella 1100 Sherman Avenue #110 Naperville, IL 60563 | | 3,650.00 | NA | NA | 0.00 |
| | Edward Hospital & Health Services PO Box 4207 Carol Stream, IL 60197-4207 | | 705.00 | NA | NA | 0.00 |
| | Encore Receivable Management Inc. P.O. Box 3330 Olathe, KS 66063-0003 | | 0.00 | NA | NA | 0.00 |
| | First Financial Asset MGMT, INC PO Box 56245 Atlanta, GA 30343 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Firstsource Advantage, LLC 205 Bryant Woods South Buffalo, NY 14228 | | 0.00 | NA | NA | 0.00 |
| | Firstsource Advantage, LLC PO Box 628 Buffalo, NY 14240-0628 | | 0.00 | NA | NA | 0.00 |
| | Firstsource Advantage, LLC. PO Box 628 Buffalo, NY 14240 | | 0.00 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg & Rappe 1807 West Diehl Road Naperville, IL 60566 | | 0.00 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg & Rappe 1807 West Diehl Road Naperville, IL 60566 | | 20,893.36 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg and Rappe P.O. Box 3228 1807 W. Diehl Rd. Suite 333 Naperville, IL 60566-7107 | | 6,132.47 | NA | NA | 0.00 |
| | Gecrb/Sams Club Dc Po Box 981400 El Paso, TX 79998 | | 8,568.00 | NA | NA | 0.00 |
| | HSBC Retail Services PO Box 17264 Baltimore, MD 21297-1264 | | 1,780.51 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohl's/Capital One PO Box 2983 Milwaukee, WI 53201-3115 | | 3,600.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 544.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 3,073.00 | NA | NA | 0.00 |
| | Loyola University Medical Center 2160 S. 1st Ave Maywood, IL 60154 | | 58,662.71 | NA | NA | 0.00 |
| | Loyola University Physician Found. 2 Westbrook Corporate Center #600 Westchester, IL 60154 | | 38,603.58 | NA | NA | 0.00 |
| | LTD Financial Services, L.P. 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | | 485.05 | NA | NA | 0.00 |
| | Macy's PO Box 183083 Columbus, OH 43218-3083 | | 2,254.77 | NA | NA | 0.00 |
| | MCM P.O. Box 60578 Los Angeles, CA 90060-0578 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 485.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 480.00 | NA | NA | 0.00 |
| | Merchant's Credit Guide Co. 223 W Jackson Blvd Chicago, IL 60606 | | 480.00 | NA | NA | 0.00 |
| | Midland Credit Management 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 6,502.99 | NA | NA | 0.00 |
| | NCB Management Services Inc. P.O. Box 1099 Langhorne, PA 19047 | | 0.00 | NA | NA | 0.00 |
| | Neuromed Clinic LLC 3S 517 Winfield Road # Warrenville, IL 60555 | | 350.00 | NA | NA | 0.00 |
| | Northstar Location Services, LLC Attn: Financial Services Dept. 4285 Genesee Street Cheektowaga, NY 14225 | | 15,300.00 | NA | NA | 0.00 |
| | Omni Credit Services of Florida, In P.O. Box 31179 Tampa, FL 33623 | | 2,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paulina Anesthesia Assoicates P.O. Box 189 Plainfield, IL 60544 | | 1,080.00 | NA | NA | 0.00 |
| | Professional Bureau of Collections P.O. Box 628 Elk Grove, CA 95759 | | 8,367.07 | NA | NA | 0.00 |
| | Progressive Financial Services P.O. Box 22083 Tempe, AZ 85285 | | 0.00 | NA | NA | 0.00 |
| | Resurrection Medical Center 7435 W. Talcott Chicago, IL 60631 | | 930.00 | NA | NA | 0.00 |
| | RGS Collections, Inc. P.O. Box 852039 Richardson, TX 75085-2039 | | 0.00 | NA | NA | 0.00 |
| | RMC Emergency Physicians 520 E. 22nd Street Lombard, IL 60148 | | 312.00 | NA | NA | 0.00 |
| | Robert Fink, M/D. 3712 N. Broadway #158 Chicago, IL 60613 | | 11,200.00 | NA | NA | 0.00 |
| | Rogers Park One Day Surgery P.O. Box 2665 Carol Stream, IL 60132 | | 7,355.47 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sams Club Discover P.O. BOX 960013 Orlando, FL 32896-0013 | | 0.00 | NA | NA | 0.00 |
| | Schaumburg Immediate Care 1375 E Schaumburg Rd Ste 100 Schaumburg, IL 60194 | | 100.00 | NA | NA | 0.00 |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | 5,573.00 | NA | NA | 0.00 |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | 7,280.00 | NA | NA | 0.00 |
| | Unifund Ccr Partners 10625 Techwoods Circle Cincinnati, OH 45242 | | 6,202.00 | NA | NA | 0.00 |
| | United Collection Bureau, Inc PO Box 140310 Toledo, OH 43614 | | 318.34 | NA | NA | 0.00 |
| | US Bank Cardmember Service PO Box 790084 Saint Louis, MO 63179-0084 | | 5,579.47 | NA | NA | 0.00 |
| | Viking Collection Service, Inc. P.O. Box 59207 Minneapolis, MN 55459-0207 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weltman, Weinberg & Reis Co. LPA 180 N. LaSalle St., Suite 2400 Chicago, IL 60601 | | 3,642.09 | NA | NA | 0.00 |
| | Zalutsky & Pinski, Ltd 20 North Clark St. Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Zwicker & Associates, P.C. Attorneys At Law 80 Minuteman Road Andover, MA 01810 | | 15,541.35 | NA | NA | 0.00 |
| 11 | American Express Centurion Bank | 7100-000 | NA | 15,207.86 | 15,207.86 | 762.39 |
| 10 | American Infosource Lp As Agent For | 7100-000 | NA | 3,129.17 | 3,129.17 | 156.87 |
| 5 | American Infosource Lp As Agent For | 7100-000 | NA | 5,951.94 | 5,951.94 | 298.38 |
| 1 | Asset Acceptance Llc Assignee Fia Card Serv | 7100-000 | NA | 1,596.25 | 1,596.25 | 80.02 |
| 2 | Asset Acceptance Llc Assignee Fia Card Serv | 7100-000 | NA | 15,074.86 | 15,074.86 | 755.72 |
| 4 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | 7100-000 | NA | 1,842.65 | 1,842.65 | 92.37 |
| 14 | Capital Recovery V, Llc | 7100-000 | NA | 8,568.32 | 8,568.32 | 429.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | DISCOVER BANK | 7100-000 | NA | 2,618.63 | 2,618.63 | 131.28 |
| 7 | N. A. Capital One | 7100-000 | NA | 544.11 | 544.11 | 27.28 |
| 8 | N. A. Capital One | 7100-000 | NA | 3,073.34 | 3,073.34 | 154.07 |
| 6 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 21,007.65 | 21,007.65 | 1,053.14 |
| 9 | N. A. Fia Card Services | 7100-000 | NA | 1,330.48 | 1,330.48 | 66.70 |
| 12 | Portfolio Investments Ii Llc | 7100-000 | NA | 6,307.16 | 6,307.16 | 316.19 |
| 13 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 318.34 | 318.34 | 15.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 356,746.01 | $ 86,570.76 | $ 86,570.76 | $ 4,339.92 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-00018 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Zuhri M. Thahir | | | | Date Filed (f) or Converted (c): | 01/02/2013 (f) |
| | Shihana Thahir | | | | 341(a) Meeting Date: | 02/04/2013 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 05/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  497 S Orchard Drive, Bolingbrook, Il 60440 | 190,000.00 | 0.00 | | 0.00 | FA |
| 2.  Checking - Chase | 500.00 | 0.00 | | 0.00 | FA |
| 3.  Checking - Boa | 200.00 | 0.00 | | 0.00 | FA |
| 4.  Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 5.  Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6.  Pending Personal Injury Suit For An Auto Accident Personal I | 0.00 | 0.00 | | 65,000.00 | FA |
| 7.  2008 Honda Accord | 9,000.00 | 0.00 | | 0.00 | FA |
| 8.  2011 Toyota Sienna | 20,000.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $222,200.00                    $0.00                    $65,000.00                    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed personal injury lawsuit; Trustee hired PI attorney; Monitoring case for possible recovery to estate.

Exhibit 8

123013--Litigation value listed as $1.00 because actual value is speculative at this time.

Follow up with E. Traunfeld regarding status of litigation. - Joji Takada 8/21/2014

Follow up with E. Traunfeld regarding status of litigation; Case set for trial in early 2015; No reasonable settlement offer from defendant. - Joji Takada 11/5/2014

Court approved settlement with defendants; Awaiting settlement checks to be cut. - Joji Takada 10/6/2015

Medical lien payees paid; TFR in process. - Joji Takada 12/22/2015

Distributions made; Checks cleared; TDR to be filed. - Joji Takada 6/24/2016

Distributions made; Checks cleared; TDR to be filed. - Joji Takada 11/2/2016

Initial Projected Date of Final Report (TFR): 01/02/2015        Current Projected Date of Final Report (TFR): 01/02/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-00018 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit 9 |
| Case Name: Zuhri M. Thahir | Bank Name: Associated Bank | |
| Shihana Thahir | Account Number/CD#: XXXXXX0163 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4598 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/15 | 6 | Allstate | Settlement payment<br>Personal injury claim | 1142-000 | $10,000.00 | | $10,000.00 |
| 10/20/15 | 6 | State Farm Mutual Automobile Insurance Company | Settlement payment<br>Personal injury claim | 1142-000 | $55,000.00 | | $65,000.00 |
| 10/23/15 | 1001 | Traunfeld, Eugene<br>500 Skokie Boulevard, Suite 150<br>Northbrook, Illinois 60062 | Payment to trustee professional<br><br>Special counsel contingency fee | 3110-000 | | $20,882.21 | $44,117.79 |
| 10/23/15 | 1002 | Traunfeld, Eugene<br>500 Skokie Boulevard, Suite 150<br>Northbrook, Illinois 60062 | Payment to trustee professional<br><br>Special counsel reimbursed expenses | 3220-000 | | $2,353.36 | $41,764.43 |
| 10/23/15 | 1003 | Blue Cross Blue Shield of Illinois<br>3200 Robbins Road<br>Springfield, Illinois 62704<br>Attn: Stephanie Wade | Medical lien payoff<br>Negotiated lien payoff | 4220-000 | | $4,497.53 | $37,266.90 |
| 10/23/15 | 1004 | Allstate Insurance<br>Chicago South MCO<br>PO Box 5720<br>Woodridge, Illinois 60517<br>Attn: Julie Bell | Medical lien payoff<br>Negotiated lien payment | 4220-000 | | $3,333.33 | $33,933.57 |
| 10/23/15 | 1005 | Advanced Physicians SC<br>16101 Weber Road<br>Crest Hill, Illinois  60403<br>Attn: Barbara Fatigati | Medical lien payoff<br>Negotiated lien payment | 4220-000 | | $6,500.00 | $27,433.57 |
| 10/23/15 | 1006 | Napverville Health Care Associates LTD<br>c/o First Recovery Group LLC<br>26899 Northwest Highway, Suite 260<br>Southfield, Michigan 48033<br>Attn: Nancy Tokarz | Medical lien payoff<br>Negotiated lien payment | 4220-000 | | $754.03 | $26,679.54 |
| 10/23/15 | 1007 | Mazzarella, John<br>1300 Iriquois Avenue #140A<br>Naperville, Illinois 60563 | Medical lien payoff<br>Negotiated lien payment | 4220-000 | | $585.00 | $26,094.54 |
| 10/23/15 | 1008 | Fink, Robert<br>33 West Delaware--First Floor<br>Chicago, Illinois 60611 | Medical lien payoff<br>Negotiated lien payment | 4220-000 | | $939.90 | $25,154.64 |

| | | | Page Subtotals: | | $65,000.00 | $39,845.36 | |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-00018 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Zuhri M. Thahir | Bank Name: Associated Bank | |
| Shihana Thahir | Account Number/CD#: XXXXXX0163 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4598 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/23/15 | 1009 | Zuhri Thahir C/O Law Office of Patrick A. Meszaros, P.C. 1100 W. Jefferson St. Joliet, IL 60435 | Exemption Debtor personal bodily injury exemption | 8100-002 | | $15,000.00 | $10,154.64 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $32.69 | $10,121.95 |
| 05/11/16 | 1010 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $5,750.00 | $4,371.95 |
| 05/11/16 | 1011 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $32.03 | $4,339.92 |
| 05/11/16 | 1012 | Asset Acceptance Llc Assignee Fia Card Serv Po Box 2036 Warren, Mi 48090 | Final distribution per court order. | 7100-000 | | $80.02 | $4,259.90 |
| 05/11/16 | 1013 | Asset Acceptance Llc Assignee Fia Card Serv Po Box 2036 Warren, Mi 48090 | Final distribution per court order. | 7100-000 | | $755.72 | $3,504.18 |
| 05/11/16 | 1014 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH  43054-3025 | Final distribution per court order. | 7100-000 | | $131.28 | $3,372.90 |
| 05/11/16 | 1015 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) 294 Union St. Hackensack, Nj 07601 | Final distribution per court order. | 7100-000 | | $92.37 | $3,280.53 |
| 05/11/16 | 1016 | American Infosource Lp As Agent For Midland Funding Llc Po Box 268941 Oklahoma City, Ok 73126-8941 | Final distribution per court order. | 7100-000 | | $298.38 | $2,982.15 |
| 05/11/16 | 1017 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $1,053.14 | $1,929.01 |

Page Subtotals:                   $0.00          $23,225.63

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-00018 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Zuhri M. Thahir | Bank Name: Associated Bank |
| Shihana Thahir | Account Number/CD#: XXXXXX0163 |
| | Checking |
| Taxpayer ID No: XX-XXX4598 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/16 | 1018 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Attorneys/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $27.28 | $1,901.73 |
| 05/11/16 | 1019 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Attorney/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $154.07 | $1,747.66 |
| 05/11/16 | 1020 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution per court order. | 7100-000 | | $66.70 | $1,680.96 |
| 05/11/16 | 1021 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution per court order. | 7100-000 | | $156.87 | $1,524.09 |
| 05/11/16 | 1022 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Attorneys/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $762.39 | $761.70 |
| 05/11/16 | 1023 | Portfolio Investments Ii Llc<br>C/O Recovery Management Systems<br>Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami, Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $316.19 | $445.51 |
| 05/11/16 | 1024 | Pyod, Llc Its Successors And Assigns As<br>Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $15.96 | $429.55 |

Page Subtotals: $0.00   $1,499.46

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 13-00018 | | | Trustee Name: Joji Takada, Chapter 7 Trustee | | | Exhibit 9 |
| Case Name: Zuhri M. Thahir | | | Bank Name: Associated Bank | | | |
| Shihana Thahir | | | Account Number/CD#: XXXXXX0163 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX4598 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 04/07/2017 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/16 | 1025 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $429.55 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $65,000.00 | $65,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $65,000.00 | $65,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $65,000.00 | $50,000.00 |

Page Subtotals:                          $0.00          $429.55

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0163 - Checking | $65,000.00 | $50,000.00 | $0.00 |
| | $65,000.00 | $50,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $65,000.00 |
| Total Gross Receipts: | $65,000.00 |